**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| ROB-ANN STEIN, | ) | |
| | ) | |
| Plaintiff, | ) | Removed from 22LA00000617 |
| | ) | |
| v. | ) | |
| | ) | **Jury Demand** |
| TARGET CORPORATION, | ) | |
| a Minnesota Corporation, individually and | ) | |
| d/b/a SUPER TARGET, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF REMOVAL

TARGET CORPORATION, the Defendant in the above-entitled cause, seeks removal from the Circuit Court of Lake County and to the United States District Court, Northern District of Illinois, Eastern Division and, in support thereof, allege as follows:

1.     This action was commenced against TARGET CORPORATION, in the Circuit Court of Lake County, Illinois on 11/17/22. A copy of Plaintiff's Complaint was served upon Defendant TARGET CORPORATION on 1/27/23.

2.     At the time the action was commenced and since then, Plaintiff was and is a citizen of the State of Illinois and Defendant, TARGET CORPORATION, was and is a corporation organized and existing under the laws of the State of Minnesota with its principal place of business in Minneapolis, Minnesota.

3.     The amount in controversy exceeds $75,000.00 exclusive of interest and costs, as appears from Plaintiff's Complaint at Law. (A copy of which is attached hereto and incorporated herein by reference in this Notice as Exhibit "A"). Per her Complaint, Plaintiff ROB-ANN STEIN allegedly sustained injuries and losses including right arm fracture and dislocated right shoulder, all of which are permanent and have and will in the future cause her great pain and suffering and which have and will in the future cause her to become permanently disfigured and disabled and which have and will in the

future cause her to lose income and earnings and other gains which she otherwise would have made and which have and will in the future cause her to become liable for medical expenses. In her Complaint, Plaintiff has also demanded judgment against Defendant in an amount in excess of $50,000.00, plus costs. (Exhibit "A"). Additionally, Plaintiff's attorney advised defense counsel on 2/20/23 that Plaintiff sustained a shoulder fracture, which may require surgery and still has restrictions on her activities. Plaintiff's counsel indicated that he therefore could not stipulate that Plaintiff's damages are below $75,000.00 and that defense counsel should remove the case to federal court. (A copy of which is attached hereto and incorporated by reference as Exhibit "B").

4.      This action is a civil one of which the United States District Courts have original jurisdiction under 28 USC § 1332.

5.      Defendant attaches to this notice, copies of all process, pleadings, and orders that have been served on it. (Copies of which are attached hereto and incorporated by reference as Exhibit "C").

WHEREFORE, Defendant, TARGET CORPORATION, prays that this cause be removed to the United States District Court for the Northern District of Illinois.

**DOWNEY & LENKOV LLC**

TARGET CORPORATION

By:     */s/Christopher M. Puckelwartz*
        One of Defendant's Attorneys

Rich Lenkov, #6231079
Christopher M. Puckelwartz, #6243690
DOWNEY & LENKOV LLC
30 North LaSalle Street, Suite 3600
Chicago, IL 60602
P: 312.377.1501
F: 312.377.1502
E: rlenkov@dl-firm.com
E: cpuckelwartz@dl-firm.com

2

STATE OF ILLINOIS      )
                            )  SS.
COUNTY OF COOK      )

      Christopher M. Puckelwartz, being first duly sworn on oath, deposes and says that:

1.  He is one of the attorneys for Defendant in this cause;

2.  He has prepared and read the notice of removal filed in this cause and has personal knowledge of the facts and matters contained in it; and

3.  The facts and allegations contained in the notice of removal are true and correct.

**DOWNEY & LENKOV LLC**

TARGET CORPORATION

By:     */s/Christopher M. Puckelwartz*
          One of Defendant's Attorneys

Rich Lenkov, #6231079
Christopher M. Puckelwartz, #6243690
DOWNEY & LENKOV LLC
30 North LaSalle Street, Suite 3600
Chicago, IL 60602
P: 312.377.1501
F: 312.377.1502
E: rlenkov@dl-firm.com
E: cpuckelwartz@dl-firm.com

3